AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jonker, Robert J. | U.S. Dist. Court, Western Dist of MI | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief US District Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

685 Federal Building
110 Michigan Street N.W.
Grand Rapids, MI 49503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed psychology practice with executive coaching |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ACI Medical Device Patent Summit | 02/28/2017 -- 03/01/2017 | New York, NY | Panel Speaker at Conference | Reimbursement for transportation and food. Lodging paid directly by ACI. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deposit Accounts at Fifth Third Bank | A | Interest | J | T | | | | | |
| 2. Fifth Third Bank - Stock | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. RETAIL ACCOUNT | | | | | | | | | |
| 5. Active Asset Tax Free Trust | A | Interest | J | T | | | | | |
| 6. First Trust NASDAQ Bank ETF | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 7. First Trust Amex Biotech | | None | | | Sold | 03/31/17 | J | A | |
| 8. First Trust DJ Internet IDX | | None | J | T | Sold (part) | 03/31/17 | J | A | |
| 9. First Trust DW Foxus 5 Intl | A | Dividend | J | T | Sold (part) | 03/31/17 | J | A | |
| 10. First Trust Engy Alphadex | | None | | | Sold | 03/31/17 | J | A | |
| 11. First Trust Inds/Prods ETF | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |
| 12. First Trust Larg Cap Value AL | A | Dividend | J | T | Sold (part) | 03/31/17 | J | A | |
| 13. First Trust NASDAQ 100-Tech | A | Dividend | J | T | Sold (part) | 03/31/17 | J | A | |
| 14. First Trust Tech Alpha ETF | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 15. Highland Floating Rate Oppor | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 16. | | | | | Sold (part) | 11/09/17 | J | A | |
| 17. First Trust Utlts Alphadex | | None | | | Buy (add'l) | 03/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | Sold | 11/15/17 | J | A | |
| 19. Ishares Core S&P Total US Stock | A | Dividend | J | T | Sold (part) | 03/31/17 | J | A | |
| 20. Ishares Edge MSCI Min Vol EAFE | | | | | Buy (add'l) | 03/31/17 | J | | |
| 21. | | None | | | Sold | 03/31/17 | J | A | |
| 22. Proshares Tr S&P 500 DV Arist | A | Dividend | J | T | Sold (part) | 03/31/17 | J | A | |
| 23. Vanguard Financials ETF | | None | | | Sold | 03/31/17 | J | A | |
| 24. Vanguard Intl Equity Index Fd | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |
| 25. American Gr Fd of America | A | Dividend | J | T | | | | | |
| 26. Dreyfus Standish Gib Fix Inc | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |
| 27. EV Floating Rate Hi Inc Inst | | None | | | Sold | 08/31/17 | J | A | |
| 28. Entrustperm Altern Core | | None | | | Sold | 03/31/17 | J | A | |
| 29. Guggenheim Directional Alloc I | | None | J | T | Buy (add'l) | 03/31/17 | J | | |
| 30. Lord Abbett Alpha Strat F | | None | J | T | Buy (add'l) | 03/31/17 | J | | |
| 31. Pimco Income P | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 32. Pimco Invest Grd Corp Bd | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |
| 33. Principal Global Divers Inc A | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |
| 34. Virtus Vontobel Emerg Mrkt Opp I (frmly Virtus Insight Emerg Mkt I) | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Virtus Multi Sect Sht Term BDI | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |
| 36. Virtus Sector Trend | | None | | | Sold | 03/31/17 | J | A | |
| 37. | | | | | | | | | |
| 38. IRA ACCOUNT | | | | | | | | | |
| 39. American Amcap A | A | Dividend | L | T | | | | | |
| 40. American Bd Fd of Am | A | Dividend | | | Sold | 11/15/17 | J | B | |
| 41. American Cap Inc Builder | B | Dividend | L | T | | | | | |
| 42. American Cap World Bond | A | Dividend | K | T | | | | | |
| 43. American Cap World Gr & Inc | A | Dividend | K | T | | | | | |
| 44. American Europacific Growth | A | Dividend | L | T | | | | | |
| 45. American Fundamental Inv | A | Dividend | L | T | | | | | |
| 46. American Gr Fd of America | A | Dividend | L | T | | | | | |
| 47. American New Perspective | A | Dividend | L | T | | | | | |
| 48. Skybridge Multi-Adsr Hf Ser G | A | Dividend | L | T | | | | | |
| 49. TCG BDC II | A | Dividend | J | T | Buy | 11/22/17 | J | | |
| 50. | | | | | | | | | |
| 51. IRA ACCOUNT-2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank Deposit Money Market | A | Interest | J | T | | | | | |
| 53. First Trust NASDAQ Bank ETF | A | Interest | J | T | Buy | 03/31/17 | J | | |
| 54. First Trust AMEX Biotech | | None | | | Sold | 03/31/17 | J | A | |
| 55. First Trust DJ Internet IDX | | None | J | T | | | | | |
| 56. First Trust DW Foxus 5 Intl | A | Dividend | J | T | Sold (part) | 03/31/17 | J | A | |
| 57. First Trust Energy Alphadex ETV | | None | | | Sold | 03/31/17 | J | A | |
| 58. First Trust Inds/Prods ETF | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |
| 59. First Trust Larg Cap Value AL | A | Dividend | K | T | Sold (part) | 03/31/17 | J | A | |
| 60. First Trust NASDAQ 100 - Tech | A | Dividend | J | T | Sold (part) | 03/31/17 | J | A | |
| 61. First Trust Tech Alpha ETF | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 62. First Trust Utlts Alphadex ETF | | None | | | Buy (add'l) | 03/31/17 | J | | |
| 63. | | None | | | Sold | 11/15/17 | J | B | |
| 64. Highland Floating Rate Opport | B | Dividend | K | T | Buy | 08/31/17 | K | | |
| 65. | | | | | Sold (part) | 11/09/17 | J | A | |
| 66. Ishares Core S&P Total Large Cap | A | Dividend | K | T | Sold (part) | 03/31/17 | J | A | |
| 67. Ishares Edge MSCI Min Vol EAFE | A | Dividend | K | T | Buy (add'l) | 03/31/17 | J | | |
| 68. Ishares Edge MSCI Min Vol USA | | None | | | Sold | 03/31/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Proshares TR S&P 500 DV Arist | A | Dividend | J | T | Sold (part) | 03/31/17 | J | A | |
| 70. Vanguard Financials ETF | | None | | | Sold | 03/31/17 | J | A | |
| 71. Vanguard Intl Equity Index Fd | A | Dividend | K | T | Buy (add'l) | 03/31/17 | J | | |
| 72. American Gr Fd of America | A | Dividend | K | T | | | | | |
| 73. Dreyfus Standish Gib Fix Inc | A | Dividend | K | T | Buy (add'l) | 03/31/17 | J | | |
| 74. EV Floating Rate Hi Inc Inst | | None | | | Sold | 08/31/17 | K | A | |
| 75. Entrustperm Altern Core | | None | | | Sold | 03/31/17 | J | A | |
| 76. Guggenheim Directional Alloc I | | None | K | T | Buy (add'l) | 03/31/17 | J | | |
| 77. Lord Abbett Alpha Strat | | None | K | T | Buy (add'l) | 03/31/17 | J | | |
| 78. Pimco Income P | A | Dividend | K | T | Buy | 03/31/17 | J | | |
| 79. Pimco Invest Grd Corp Bd P | A | Dividend | K | T | Buy (add'l) | 03/31/17 | J | | |
| 80. Principal Glb Divers Inc A | B | Dividend | K | T | Buy (add'l) | 03/31/17 | J | | |
| 81. Virtus Vontobel Emerg Mrkt Op I (frmly Virtus Insight Emerg Mkt I) | A | Dividend | K | T | Buy (add'l) | 03/31/17 | J | | |
| 82. Virtus Multi Sect Sht Term BDI | A | Dividend | K | T | Buy (add'l) | 03/31/17 | J | | |
| 83. Virtus Sector Trend I | | None | | | Sold | 03/31/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jonker, Robert J. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Jonker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544